**Opinion issued April 8, 2025**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-25-00010-CV**
_____

**CHRISTOPHER RUEZ, Appellant/Cross-Appellee**

**V.**

**RICHARD DALY, JOHN BLACK, AND PATHFINDER ROOFING, LLC,
Appellees/Cross-Appellants**

---

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Case No. 2024-53164**

---

**MEMORANDUM OPINION**

Appellant/Cross-Appellee, Christopher Ruez, filed an Unopposed Motion to Dismiss for Lack of Jurisdiction, asking "this Court to dismiss this appeal and remand the case to the trial court because the judgment does not dispose of all parties and all claims at issue." Appellees/Cross-Appellants, Richard Daly, John Black, and

Pathfinder Roofing, LLC filed an Unopposed Motion to Dismiss Cross-Appeal, asserting that "[g]iven that [a]ppellant has sought to dismiss his appeal, [c]ross-[a]ppellants believe that judicial economy favors dismissing the cross-appeal as well." No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant both motions to dismiss, and dismiss the appeal and cross-appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Morgan.